ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| STELLA ROPER, an individual; DARIN ROPER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>PEAK ELECTRIC, LLC, a Nevada limited liability company in default; COLE C. HEIDEMAN, an individual; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Delaware corporation; and DOES I through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:22-cv-00454-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

92779802.1

IT IS HEREBY STIPULATED and AGREED between Plaintiffs STELLA ROPER and DARIN ROPER (collectively "Plaintiffs"), by and through their counsel, WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiffs' claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 13th day of June, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jennifer A. Taylor
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Jennifer A. Taylor, Esq.
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

Dated this 13th day of June, 2023.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

/s/ John M. Samberg
John M. Samberg, Esq.
Nevada Bar No. 10828
Jordan Butler, Esq.
Nevada Bar No. 10531
3773 Howard Hughes Parkway
Suite 590 South
Las Vegas, NV 89169
*Attorneys for Plaintiffs Stella Roper and Darin Roper*

**ORDER**

IT IS SO ORDERED:

Dated this 14th day of June 2023.

_____
UNITED STATES DISTRICT JUDGE

92779802.1

2